JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LIZBETH NAVARRO,

       Plaintiff,

vs.

FORD MOTOR COMPANY,

       Defendant.

Case No.: 2:22-cv-07627-SB-E

**ORDER OF DISMISSAL**

    The parties have filed a stipulation to dismiss this action in accordance with their written settlement agreement. Dkt. No. 14. The case has already been dismissed and closed by operation of the Court's order on December 2, 2022. Dkt. No. 13. The Court accepts the stipulation, and the case remains dismissed and closed.

Date: September 16, 2024



_____

Stanley Blumenfeld, Jr.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28